Registered Mail # 7011 3500 0002 2292 9142

**RECEIVED**

JUN - 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
## ab initio ADMINISTRATIVE REMEDY /ADMINISTRATIVE COURT

# CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

June 4th, 2014

Principal:
  Sui Juris
  Martin Grunin
  c/o 1325 Oriental Blvd
  Brooklyn, NY [11235]
  Non-Domestic without the US Inc.

Copy

Respondents:
Joseph P. Cutler
c/o Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA, [98101]-3099

Re:     Facebook v. Grunin (U.S. District Court for the Northern District of California, Case No. 3:14-cv-02323-MEJ) Service and Notice of Litigation Hold

Dear Mr. Cutler:

Principal is in receipt of respondent(s) presentments, hereinafter "COMPLAINT", dated May 21, 2013. As the Secured Party Creditor, and the holder of the paramount security interest in any and all real and personal property and the proceeds therefrom, registered to, associated with, in the possession of, or under the management of, the Principal(s), respondent(s) alleged claims and/or requests prejudice principal(s) rights, titles, and interests in regards to said property as the Executive Trustee for the private trust to which said rights, titles, and interests have been pledged. In order for principal(s) to provide respondent(s) with a remedy a bona fide and verified claim must be presented. Therefore, principal(s) is accepting fully, respondent(s) offer to stop deleting any/all files, data that respondent(s) requested to be persevered, upon the following conditions:

(1) The respondent(s) tender a payment in check, bank draft or money order forthwith, in the amounts of $100,000, paid in full, with the next communication to principal(s). (Do not communicate with respondent(s) in any way shape or form, unless, respondent(s) are in full agreement with terms herein.)

(2) The respondent(s) can provide any/all evidence, forthwith demonstrating principal(s) contractual obligations to respondent(s) to follow any requests made.

(3) The respondent(s) waiver all immunities while engaging with principal(s) in any way shape or form.

(4) The respondent(s) agree to forfeit all indemnification bonds fully to principal(s) and to provide all information in regards to underwriters.

(5) The respondent(s) are in agreement to grant/convey to principal(s), full signing authority pertaining to any/all documents in relation to the matter herein.

**To remedy this matter, please reframe from contact principal(s) any further. If respondent(s) communicate or summon principal(s) to any public court, the consideration will be $1,000,000 to be paid forthwith. Do not communicate with principal(s) any further, if there is such communication of**

any kind, it will be a full assent to the terms and stipulations herein and a full assent to place respondent(s) on a UCC-1 filing, as the debtor. The respondent(s) will be granting full signing authority to principal(s) upon the future conduct of respondent(s).

Respondent(s) have ten (10) days from receipt of this **Constructive Notice of Conditional Acceptance** to respond on a point-by-point basis, by way of a sworn affidavit, under respondent(s) full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading, as to show good faith in all the facts, stated therein. Mere declarations are an insufficient response. If an extension of time is needed to properly answer, please request it in writing. Failure to respond in good faith, will constitute a full assent to the terms and stipulations stated herein and an inability to prove respondent(s) claim.

*[signature]*

Yours faithfully,
By: Brian-Robert: Costello,

Public Minister/Diplomat, Attorney in Fact,

DOC: 20110566654 B: 10286 P: 4998

united states of America.

**HYATT**
REGENCY

P.O. Box 400201
Los Vegas [89140]
Nevada state

7011 3500 0002 2292 9159

Phillip Burton Federal Building
Clerks Office 16th floor.
450 Golden Gate Avenue
San Francisco, CA [94102]

9410 2342 6 16

RECEIVED
JUN 06 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$3.79