
*True Correct Complete Copy*

Registered Mail # 70131710000019742304

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
## ab initio ADMINISTRATIVE REMEDY /ADMINISTRATIVE COURT

# CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

June 4th, 2014

Principal:
  Sui Juris
  Martin Grunin
  c/o 1325 Oriental Blvd
  Brooklyn, NY [11235]
  Non-Domestic without the US Inc.

Respondents:
  Joseph P. Cutler
  c/o Perkins Coie
  1201 Third Avenue, Suite 4800
  Seattle, WA, 98101-3099

**FILED**
JUN 10 2014
RICHARD W. W....
CLERK, U.S. DISTR...
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
JUN 10 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Facebook v. Grunin (U.S. District Court for the Northern District of California, Case No. 3:14-cv-02323-MEJ) Service and Notice of Litigation Hold

Dear Respondents:

Principal is in receipt of respondent(s) presentments, hereinafter "COMPLAINT", dated May 21, 2013. As the Secured Party Creditor, and the holder of the paramount security interest in any and all real and personal property and the proceeds therefrom, registered to, associated with, in the possession of, or under the management of, the Principal(s), respondent(s) alleged claims and/or requests prejudice principal(s) rights, titles, and interests in regards to said property as the Executive Trustee for the private trust to which said rights, titles, and interests have been pledged. In order for principal(s) to provide respondent(s) with a remedy a bona fide and verified claim must be presented. Therefore, principal(s) is accepting fully, respondent(s) offer to stop deleting any/all files, data that respondent(s) requested to be persevered, upon the following conditions:

(1) The respondent(s) tender a payment in check, bank draft or money order forthwith, in the amounts of $100,000.00 dollars, paid in full, with the next communication to principal(s). (Do not communicate with respondent(s) in any way shape or form, unless, respondent(s) are in full agreement with terms herein.)

(2) The respondent(s) can provide any/all evidence, forthwith demonstrating principal(s) contractual obligations to respondent(s) to follow any requests made.

(3) The respondent(s) waiver all immunities while engaging with principal(s) in any way shape or form.

(4) The respondent(s) agree to forfeit all indemnification bonds fully to principal(s) and to provide all information in regards to underwriters.

NOTICE OF CONDITIONAL ACCEPTANCE                         Page 1 of 2

(5) The respondent(s) are in agreement to grant/convey to principal(s), full signing authority pertaining to any/all documents in relation to the matter herein.

To remedy this matter, please reframe from contact principal(s) any further. If respondent(s) communicate or summon principal(s) to any public court, the consideration will be 1Million dollars to be paid forthwith. Do not communicate with principal(s) any further, if there is such communication of any kind, it will be a full assent to the terms and stipulations herein and a full assent to place respondent(s)on a UCC-1 filing, as the debtor. The respondent(s) will be granting full signing authority to principal(s) upon the future conduct of respondent(s).

Respondent(s) have ten (10) days from receipt of this **Constructive Notice of Conditional Acceptance** to respond on a point-by-point basis, by way of a sworn affidavit, under respondent(s) full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading, as to show good faith in all the facts, stated therein. Mere declarations are an insufficient response. If an extension of time is needed to properly answer, please request it in writing. Failure to respond in good faith, will constitute a full assent to the terms and stipulations stated herein and an inability to prove respondent(s) claim.

Executed in Brooklyn City, New York Republic, Witness my hand and seal.

New York Republic    )
    ) sworn and subscribed:
Brooklyn City    )

**Commercial Affidavit Oath and Verification**

I, Martin Grunin, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God.

*Martin Grunin*
Martin Grunin, Secured Party Creditor
ALL RIGHTS RESERVED, EXEMPT FROM LEVY

State of NY    )
    ) ss:
County [illegible]    )

**JURAT**

Subscribed and sworn to (or affirmed) before me on this ___ day of ____June____, 2014, by _Martin Grunin_, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Signature

My commission expires: 12/16/14

NOTICE OF CONDITIONAL ACCEPTANCE      Page 2 of 2

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Connie Huang mailed to:

Joseph P. Cutler
c/o Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA, 98101-3099

Hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding Facebook v. Grunin, Case No. 3:14-cv-02323-MEJ as follows:

1. **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE**, issued by Martin Grunin and dated June 4th, 2014 (2 pages);

a total of _____(3)_____ pages,

By Registered Mail No. _____70131710000019742304_____ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Nevada.

_____[signature]_____        _____June 6th, 2014_____
Connie Huang                                    DATE

Connie Huang
P.O. Box 400201
Las Vegas [89140]
Nevada state

---

**LEGAL NOTICE** The Witness is an independent contractor and not a party to this claim. In fact the Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The witness also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Witness under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

P.O. Box 400201
Las Vegas [89140]
Nevada state

7013 1710 0000 1974 2311

Phillip Burton Federal Building
clerk office 16th floor
450 Golden Gate Avenue
San Francisco, CA [94102]



LAS VEGAS·NV
89119
JUN 06·14
AMOUNT
$3.79
0000292206