IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN GRUNIN,<br><br>    Defendant.<br> ———————————————— / | No. C14-02323 CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Facebook, Inc. filed on June 19, 2014 a Motion for an Order Prohibiting Brian Robert Costello From Appearing on Behalf of Defendant and to Strike Dockets 8, 10, and 17. See Mot. (dkt. 18). Defendant Martin Grunin's opposition to that Motion was due no more than 14 days after the Motion was filed. Local Rules Northern District of California, Rule 7-3(a). Defendant has not timely filed an opposition. Accordingly, Defendant is ORDERED TO SHOW CAUSE by Friday, July 18, 2014 why the Motion should not be granted.

**IT IS SO ORDERED.**

Dated: July 9, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE