FILED
JUL 10 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 26 2014
PERKINS COIE

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY**
ab initio ADMINISTRATIVE REMEDY /ADMINISTRATIVE COURT

Notice of Offer to Settle

Notice date: June 20th 2014

Claimant(s):
Martin Grunin
c/o Connie Huang
PO Box 400201
Las Vegas [89140]
Nevada state

Respondent(s):

DUNS: 196337864
Mark Zuckerberg Inc., CEO
FACEBOOK, INC.
Corporate Head Office
Account receivable Department
1601 WILLOW RD
MENLO PARK, CA 940251452

Joseph P. Cutler
c/o Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA, 98101-3099

CC: DUN:61-193-4589
    9th Circuit Court
    U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
C/o Chief Financial Officer
    450 Golden Gates Ave Ste 36060
    San Francisco, CA 94102

DUNS: 06-003-0707
Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No. 37234 (Pro Hac Vice Forthcoming)
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Plaintiff
Facebook, Inc.

Re: Facebook v. Grunin (U.S. District Court for the Northern District of California, Case No. 3:14-cv-02323-CRB) Service and Notice of Litigation Hold

LEGAL NOTICE

Dear Respondent(s),
Principal is tendering negotiable instrument from Bank of America check #0093. This is a good faith offer to settle the matter as referenced above. The tender is in good faith, if the respondent(s) do not wish to accept/honor the tender, please do so, by returning the check along with a notice of dishonor from the drawee.

If respondent(s) believe principal(s) has offended or has trespassed against respondent(s), forgive principal(s) for principal(s) misconduct in this matter. Principal(s) wants nothing but to settle the matter privately.

Upon tendering and/or retentions of the negotiable instrument, it will be the assent to the terms and conditions of the tender, thereby waiving any/all rights and claims. Do not tender the check if respondent(s) do not agree with the stipulations herein. The lawful authority to make such an offer arises from under contract law, failure to honor the contract will constitute a penalty of fifty thousand ($50,000.00) dollars. All communications are to be in writing only; all phone call(s) are two thousand ($2000.00) dollars, per call. Do not call if respondent(s) do not agree with the terms. If respondent(s) send back the tender without a notice of dishonor and/or through another party, the return will constitute an assent to the terms/stipulations herein, respondent(s) waiver all rights and remedies henceforth. **Notice-** Any/All public court judgments and/or orders that attempt to void this offer, will be subject to a $500,000.00 dollar penalty, (the penalty will be agreed upon by the conduct of the courts) for intervening in the private matter herein. Do not intervene, if the courts do not agree to the terms set forth herein.

City of Brooklyn )
) sworn and subscribed:
State of New York )

## Commercial Affidavit Oath and Verification

I, Martin Grunin, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God, Witness my hand and seal.

_Martin Grunin_
Martin Grunin, Secured Party.
ALL RIGHTS RESERVED
EXEMPT FROM LEVY

State of NY )
) ss:
County Kings )

JURAT

Subscribed and sworn to (or affirmed) before me on this 21 day of June, 2014 by Martin Grunin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

JERALD R[...]FELD
Notary Public [...] New York
[...]
[...] County
[...] 12/16/14

Signature _____, Notary Public

My commission expires: 12/16, 2014

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Connie Huang mailed to:

DUNS: 196337864
**Mark Zuckerberg Inc., CEO**
FACEBOOK, INC.
Corporate Head Office
Account receivable Department
1601 WILLOW RD
MENLO PARK, CA 940251452

Joseph P. Cutler
c/o Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA, 98101-3099

DUN:61-193-4589
9th Circuit Court
**U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
C/o Chief Financial Officer
    450 Golden Gates Ave Ste 36060
    San Francisco, CA 94102

DUNS: 06-003-0707
Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No. 37234 (Pro Hac Vice Forthcoming)
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Plaintiff
Facebook, Inc.

Hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding Facebook v. Grunin, Case No. 3:14-cv-02323-CRB as follows:

1. **NOTICE OF OFFER TO SETTLE**, issued by Martin Grunin and dated June 20th, 2014 (3 pages);

a total of _____(3)_____ pages,

by Registered Mail No. _70131710000019742571_____ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____
Connie Huang

June 23, 2014
DATE

**LEGAL NOTICE** The Witness is an independent contractor and not a party to this claim. In fact the Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The witness also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a witness under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

0093

6-20-2014

Pay to the Order of: FACEBOOK, INC.          $ 250.00

Two hundred fifty ———————— Dollars

**Bank of America**

ACH R/T 063100277

Final settlement payment
For Case # 3:14-cv-02323-CRB

⑆063100277⑆ 229048600900⌗0093

# FedEx Express



From: (917) •••-7070
Martin Gutman
1325 Ocean Blvd
brooklyn, NY 11•••

SHIP TO: (206) 359-•••
Perkins Coie LLP
Jennifer Griffiths
120• 3 Ave Ste. 4900

Seattle, WA 98101

Main ID: SLK•

BILL SENDER

Ship Date: 07JUL14
ActWgt: 0.5 LB
CAD: 101500432/WSXI2500

Ref #
Invoice # 6010901901 -
PO #
Dept #

TRK# 7705 2219 4651
0201

XH LKEA

TUE - 08 JUL
STANDARD OVERNIGHT

98 1
S

Page 1

Envelope

Return to sender
Rejected for cause
Innappropriate response/party

Synchronizing the world of commerce ℠

UPS

# Extremely Urgent

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

*RETURN TO sender*
*Return to sender*
*Rejected for cause*
*Innappropriate response/party*

---

JENNIFER GRIFFITHS
(206) 359-8671
PERKINS COIE LLP
SUITE 4900
1201 3RD AVE
SEATTLE WA 98101

SHIP MR. MARTIN GRUNIN
TO: 1325 ORIENTAL BLVD

BROOKLYN NY 11235-3037

UPS NEXT DAY AIR
TRACKING #: 1Z 9X8 455 44 2858 8485

NY 112

0.2 LBS
SHP WT: LTR
DATE: 03 JU

BILLING: P/P
REF #1: 060406 0005 1023
REF #2: J. GRIFFITHS / JH

ISH 13.00N E284.

**Saturday** Delivery

Place directly below address label

011189 9/11 RRD



010195101 1/10 IP United Parcel Service, Louisv

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.



Judith B. Jennison
PHONE: (206) 359-3489
FAX: (206) 359-4489
EMAIL: JJennison@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

July 3, 2014

**VIA UPS OVERNIGHT AND EMAIL**

Mr. Martin Grunin
1325 Oriental Blvd.
Brooklyn, NY 11235
martin@mgrunin.com

Re:   **Settlement Offer in *Facebook v. Grunin*, No. 14-cv-02323, N.D. California**

Dear Mr. Grunin:

We received your letter of June 20, 2014, describing terms on which you propose to settle Facebook, Inc.'s suit against you in the Northern District of California. Facebook does not agree to settle the case on the terms outlined in your letter. Accordingly, we are returning your $250 check.

Very truly yours,

*[signature]*

Judith B. Jennison

JBJ:HLB
Enclosure

cc:   Joseph Cutler

LEGAL122616810.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

U.S. POSTAGE PAID
LAS VEGAS, NV
89113
JUL 08, 14
AMOUNT
$3.79
00051599-15

7013 1710 0000 1974 3301

DUNS: 61-193-4589
c/o 9th Circuit Court
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
c/o Chief Financial Officer
450 Golden Gates Ave. Ste 36060
San Francisco, CA [94102]
Non-domestic without the U.S. Inc.

7250 S. Durango Dr. Suite 130-231
Las Vegas [89113]
Nevada state

RECEIVED
JUL 10 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

