THIS IS A PRIVATE CONTRACT BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Respondeat Superior

NOTICE OF DEFAULT IN DISHONOR
CONSENT TO JUDGMENT

**FILED**

**JUL 1 6 2014**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 15th 2014

Principal:

**Sui Juris**
Martin Grunin
c/o Connie Huang
P.O. Box 400201
Las Vegas NV [89140]
Non-Domestic without the US

**Respondent:**

**DUNS: 196337864**
**Mark Zuckerberg, CEO**
**FACEBOOK, INC.**
Corporate Head Office
Account Receivable Department
1601 Willow Road
Menlo Park, CA [94025] 1452

CC: Joseph P. Cutler, PERKINS COIE LLP
CC: Judith B. Jennison, PERKINS COIE LLP

Other parties John Doe 1-10

**Re: Facebook v. Grunin (U.S. District Court for the Northern District of California, Case No. 3:14-cv-02323-CRB) Service and Notice of Litigation Hold**

**STATEMENT OF FACTS:**

1. On or about June 20th, 2014, "Principal", made presentment of a Notice of Offer to settle, hereinafter "Presentment" via, Public Witness Connie Huang, hereinafter "witness", to Respondent.

2. On June 25th, 2014 9:45am, U.S. Postal Service, hereinafter "Carrier", delivered presentment to the Respondent.

3. As of July 15th, 2014 Respondent has not sufficiently responded to the Presentment as evidenced by the Certificate of Non-response/Non-performance dated July 15th, 2014.

4. Respondent's acceptance and approval of the presentment constitutes Respondent's agreement to settle the obligations and the amount due being a zero (0.00) balance to reflect the agreement.

5. Respondent's failure to sufficiently respond or timely honor the presentment, by the terms of the presentment, constitutes Respondent's acceptance and approval of the facts therein of presentment.

6. Respondent has defaulted. (In law, a **default** is the failure to do something required by law or to appear at a required time in legal proceedings.)

7. As an operation of law, Respondent by dishonor of the Presentment and the Fault Notice has created a default.

**DEFAULT:**

For the Respondent's failure to honor the presentment and fault notice places the Respondent in **default**. For the course of dealing, set forth herein, with the Respondent's failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondent's failure to perform in good faith and the Respondent's acquiescence and tacit agreement with all terms, conditions, and stipulations set forth within this Notice of Default in Dishonor Consent to Judgment, Presentment, and Fault Notice. Therefore this matter is deemed res judicata and stare decisis.

Of this presentment take due **Notice** and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms of the agreement between the parties.

County of Kings )
) sworn and subscribed:
State of New York )

**Commercial Affidavit Oath and Verification**

I, Martin Grunin, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God, Witness my hand.

_____
Martin Grunin, Secured Party,
ALL RIGHTS RESERVED, NEVER WAIVERED
EXEMPT FROM LEVY

County of Kings )
) ss:
State of NY )

**JURAT**

Subscribed and sworn to (or affirmed) before me on this __15__ day of ____July____, __2014__, by __Martin Grunin__, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____,
Notary-public
Non-Domestic without U.S. Inc.

JERALD REINGOLD
Notary Public State of New York
No. 01RE6085047
Qualified in Kings County
Expires on 12/16/14

NOTICE: THE SIGNING NOTARY DID NOT PREPARE THE DOCUMENT, NOR OFFER ANY LEGAL ADVICE. SIGNING NOTARY MERELY IS A WITNESS TO THE OATH AND SIGNATURE.

Initial of Principal __M.G.__

7250 S. Durango Dr. Suite 130-231
Las Vegas [89113]
Nevada state

RECEIVED

2014 JUL 16  A 11: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

℅ 9th Circuit Court
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Chief Financial Officer
450 Golden Gates Ave Ste 36060
San Francisco, CA [94102]

Non-Domestic without U.S. Inc.