## CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

FILED

JUL 1 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

at STATE OF     Nevada     )
                             ) ss
at COUNTY OF    Clark      )

**PRESENTMENT**    Be it known, that, the person signing below, an empowered Public Witness, at the request

of    **Martin Grunin**     In care of   **P.O. Box 400201 Las Vegas, [89140] Nevada**
      Claimant                              Address

did duly present on **June 23ʳᵈ 2014** the attached     **Notice of Offer to Settle**     dated **June 20ᵗʰ 2014**

to **Mark Zuckerberg, CEO,FACEBOOK, INC.,**Corporate Head Office, Account Receivable Department,1601 Willow Rd.
   Respondent(s)                                                         Menlo Park, CA [94025]

to Joseph P. Cutler,c/o Perkins Coie,1201 Third Avenue, Suite 4900,Seattle, WA, [98101]-3099
   Respondent(s)

to Judith B. Jennison, Bar No. 165929,PERKINS COIE LLP,1201 Third Avenue, Suite 4900, Seattle, WA [98101]
   Respondent(s)

signed by     **Martin Grunin**     verifying    **the offer made to settle the matter.**   ,
the time limit having elapsed for a timely response and/or performance thereto.

**DEFAULT**     Whereupon, the Public Witness signing below, for the reason dishonor by non-response/non-performance, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein**.

**NOTICE**     The undersigned Public-Witness, certifies that on   **July 15ᵗʰ 2014**   notice(s) were sent to the parties noted below by over night mail within the province indicated herein a sealed envelope containing said Notices(s) directed to the respective person(s) or entity(ies) at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Mark Zuckerberg | 1601 Willow Rd, Menlo Park, CA [94025]1452 |
| Joseph P. Cutler | 1201 Third Avenue, Suite 4900, Seattle, WA, [98101]3099 |
| Judith B. Jennison | 1201 Third Avenue, Suite 4900, Seattle, WA, [98101]3099 |
| | |

**TESTIMONY**    In testimony of the above, I have signed my name.

Public Witness

Date     **July 15ᵗʰ 2014**

Connie Huang
Public Witness
P.O. Box 400201
Las Vegas, Nevada
Non-Domestic Without the U.S.Inc.

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE

**Date of Presentment:**     July 15ᵗʰ 2014

**Notice Presented:**     INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio ADMINISTRATIVE REMEDY, Notice of Settlement Offer

The above-noted parties were presented a notice that certifies a non-performance within Ten (10) days of postmark would comprise their acceptance of the above-indicated presentment in the time having elapsed for performance thereof, which was refused.

# INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
## ab initio ADMINISTRATIVE REMEDY /ADMINISTRATIVE COURT

Notice of Offer to Settle

Notice date: **June 20ᵗʰ 2014**

**Claimant(s):**
Martin Grunin
c/o Connie Huang
PO Box 400201
Las Vegas [89140]
Nevada state

**Respondent(s) :**

**DUNS: 196337864**
**Mark Zuckerberg Inc., CEO**
**FACEBOOK, INC.**
Corporate Head Office
Account receivable Department
1601 WILLOW RD
MENLO PARK, CA 940251452

Joseph P. Cutler
c/o Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA, 98101-3099

**DUNS: 06-003-0707**
Judith B. Jennison, Bar No.
165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No.
37234 (Pro Hac Vice
Forthcoming)
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Plaintiff
Facebook, Inc.

CC: **DUN:61-193-4589**
    **9ᵗʰ Circuit Court**
    **U.S. DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
C/o Chief Financial Officer
    **450 Golden Gates Ave Ste 36060**
    **San Francisco, CA 94102**

Re: Facebook v. Grunin (U.S. District Court for the Northern District of California,
Case No. 3:14-cv-02323-CRB) Service and Notice of Litigation Hold

**LEGAL NOTICE**

Dear Respondent(s),

Principal is tendering negotiable instrument from Bank of America **check #0093.**
This is a good faith offer to settle the matter as referenced above. The tender
is in good faith, if the respondent(s) do not wish to accept/honor the tender,
please do so, by returning the check along with a notice of dishonor from the
drawee.

**If respondent(s) believe principal(s) has offended or has trespassed against**
**respondent(s), forgive principal(s) for principal(s) misconduct in this matter.**
**Principal(s) wants nothing but to settle the matter privately.**

Upon tendering and/or retentions of the negotiable instrument, it will be the assent to the terms and conditions of the tender, thereby waiving any/all rights and claims. Do not tender the check if respondent(s) do not agree with the stipulations herein. The lawful authority to make such an offer arises from under contract law, failure to honor the contract will constitute a penalty of fifty thousand ($50,000.00) dollars. All communications are to be in writing only; all phone call(s) are two thousand ($2000.00) dollars, per call. Do not call if respondent(s) do not agree with the terms. If respondent(s) send back the tender without a notice of dishonor and/or through another party, the return will constitute an assent to the terms/stipulations herein, respondent(s) waiver all rights and remedies henceforth. **Notice**- Any/All public court judgments and/or orders that attempt to void this offer, will be subject to a $500,000.00 dollar penalty, (the penalty will be agreed upon by the conduct of the courts) for intervening in the private matter herein. Do not intervene, if the courts do not agree to the terms set forth herein.

City of *Brooklyn*                   )

                                     ) sworn and subscribed:          **Commercial Affidavit Oath and Verification**

State of *New York*                  )

I, Martin Grunin, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God, Witness my hand and seal.

*Martin Grunin*

Martin Grunin, Secured Party,
ALL RIGHTS RESERVED
EXEMPT FROM LEVY

State of  NY        )

                    ) ss:                          **JURAT**

County  Kings       )

Subscribed and sworn to (or affirmed) before me on this  21  day of     June    ,  2014 by **Martin Grunin**

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

JERALD ROSENFELD
Notary Public - State of New York
No. 01RO6250547
Qualified in Kings County
Expires on 12/16/14

**Signature**

, Notary Public

**My commission expires:**  *12/16* , 2014

# CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Connie Huang mailed to:

**DUNS:** 196337864
**Mark Zuckerberg Inc., CEO**
FACEBOOK, INC.
Corporate Head Office
Account receivable Department
1601 WILLOW RD
MENLO PARK, CA 940251452

Joseph P. Cutler
c/o Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA, 98101-3099

**DUN: 61-193-4589**
**9th Circuit Court**
**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**C/o Chief Financial Officer**
    **450 Golden Gates Ave Ste 36060**
    **San Francisco, CA 94102**

**DUNS: 06-003-0707**
Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No. 37234 (Pro Hac Vice Forthcoming)
JCutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Plaintiff
Facebook, Inc.

Hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding

Facebook v. Grunin , Case No. 3:14-cv-02323-CRB  as follows:

1. **NOTICE OF OFFER TO SETTLE,** issued by Martin Grunin and dated June 20th, 2014  (3 pages);

a total of _____(3)_____ pages,

by Registered Mail No. **70131710000019742571**_____ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____
Connie Huang

_____June 23, 2014_____
DATE

**LEGAL NOTICE** The Witness is an independent contractor and not a party to this claim. In fact the Witness is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The witness also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a witness under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

7250 S. Durango Dr. Suite 130-231
Las Vegas [89113]
Nevada state

RECEIVED

2014 JUL 16 A 11: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

& 9th Circuit Court
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Chief Financial Officer
450 Golden Gates Ave. Ste 36060
San Francisco, CA [94102]
Non - Domestic without U.S. Inc.