IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

v.

MARTIN GRUNIN,

    Defendant.

No. C 14-02323 WHA

**ORDER TO SHOW CAUSE**

Default against Martin Grunin was registered in June 2014. An October 2014 order denied Mr. Grunin's motion to set aside the default but gave him one more chance to file a renewed motion. No renewed motion was filed. Facebook then moved for default judgment. The deadline to file an opposition has elapsed and nothing was filed. Counsel for Mr. Grunin, Attorneys Andrew Gordon and Seth Weinstein, have until **DECEMBER 11 AT NOON** to show cause (1) why no response was timely filed and (2) why Facebook's motion for default judgment should not be granted. Failure to respond may result in a default judgment against Mr. Grunin. Facebook's reply is due **DECEMBER 17 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE