Andrew B. Gordon, IL Bar No. 6309109
GORDON LAW GROUP, LTD.
1 1st Bank Plz, Suite 302
Lake Zurich, IL 60047
abg@gordonlawltd.com

Seth Weinstein, CA Bar No. 279625)
LAW OFFICES OF SETH WEINSTEIN
15260 Ventura Blvd. Suite 1200
Sherman Oaks, CA 91403
Telephone: (310) 707-7131
Facsimile: (818) 475-1945
sweinsteinlaw@gmail.com

Attorneys for Defendant
Martin Grunin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 3:14-cv-02323-WHA |
| Plaintiff, | **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| MARTIN GRUNIN, | |
| Defendant. | Date: January 8, 2015<br>Time: 8:00AM<br>Judge: Hon. William H. Alsup<br>Location: Courtroom 8 – 19th Floor |

TO THE CLERK OF THE COURT, COUNSEL FOR THE PLAINTIFF, FACEBOOK, INC., AND ALL INTERESTED PARTIES:

Pursuant to Civil L.R. 7-3(b), defendant Martin Grunin, by and through counsel, hereby informs the Court that he does not oppose plaintiff Facebook, Inc.'s Motion for Default Judgment.

On November 20, 2014, Facebook, Inc. filed a Motion for Default Judgment (Dkt. No. 67). Replies were due by December 4, 2014. Counsel for defendant failed to file an opposition or response. On December 8, 2014, the Court issued an Order to Show Cause as to why the defendant did not file any opposition or response to the Motion.

Defendant Grunin, by and through his undersigned counsel, hereby submits the instant statement of non opposition pursuant to Civil L.R. 7-3(b) and gives notice that he will not oppose Plaintiff Facebook, Inc.'s Motion for Default Judgment.

DATED: December 11, 2014

ANDREW GORDON

*Appearance pro hac vice*

By: /s/ Andrew Gordon

  Andrew Gordon, Bar No. 6309109
  abg@gordonlawltd.com

By: /s/ Seth Weinstein

  Seth Weinstein, Bar No. 279625
  Sweinsteinlaw@gmail.com

Attorneys for Defendant
Martin Grunin