Andrew B. Gordon, IL Bar No. 6309109
GORDON LAW GROUP, LTD.
1 1st Bank Plz, Suite 302
Lake Zurich, IL 60047
abg@gordonlawltd.com

Seth Weinstein, CA Bar No. 279625)
LAW OFFICES OF SETH WEINSTEIN
15260 Ventura Blvd. Suite 1200
Sherman Oaks, CA 91403
Telephone:  (310) 707-7131
Facsimile:   (818) 475-1945
sweinsteinlaw@gmail.com

Attorneys for Defendant
Martin Grunin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 3:14-cv-02323-WHA |
| Plaintiff, | **ATTORNEYS' ANDREW GORDON AND SETH WEINSTEIN'S JOINT RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |
| MARTIN GRUNIN, | |
| Defendant. | **Judge:** Hon. William H. Alsup<br>**Location:** Courtroom 8 – 19th Floor |

TO THE CLERK OF THE COURT, COUNSEL FOR THE PLAINTIFF, FACEBOOK, INC., AND ALL INTERESTED PARTIES:

COMES NOW, ATTORNEYS ANDREW GORDON AND SETH WEINSTEIN, attorneys for defendant Martin Grunin, hereby respectfully responds to this Court's December 8, 2014 Order to Show Cause "(1) why no response was timely filed and (2) why Facebook's motion for default should not be granted" and respectfully state as follows:

Default was entered against Mr. Grunin on June 23, 2014. (Dkt No. 22). On August 18, 2014 Defendant Martin Grunin filed a Motion to Set Aside Entry of Default. On October 30, 2014, the Court issued an Order Denying Mr. Grunin's Motion to Set Aside the Entry of Default (Dkt. No. 65). The Court stated that Mr. Grunin would receive "one last chance" to try and set aside the entry of default if he 1) Filed a declaration under penalty of perjury attesting to his factual innocence by November 13, 2014 and 2) Agreed to reimburse Facebook, Inc. for attorneys' fees related to Mr. Grunin's improper legal filings (Dckt. 65). At that time, Mr. Grunin decided against and, accordingly, did not file a declaration.

Facebook, Inc. filed its Motion for Default Judgment on November 20, 2014 (Dkt. No. 67). On December 8, 2014, the Court issued an Order to Show Cause to Mr. Gordon and Mr. Weinstein for failing to file an opposition or response to the Plaintiff's Motion for Default Judgment (Dkt. No. 68).

Counsel for Mr. Grunin believed that the October 30, 2014 Court Order precluded the defendant from filing any opposition or response to Facebook, Inc.'s Motion for Default Judgment, including a Statement of Non Opposition to the Motion. Both Mr. Gordon and Mr. Weinstein apologize to the Court, to the Plaintiff and to Plaintiff's Counsel for any delay or inconvenience this caused. At this time, Counsels for Mr. Grunin have filed a Statement of Non Opposition as well as a Joint Motion to Withdraw as Mr. Grunin's Attorneys of Record Without Hearing.

WHEREFORE, counsels for defendant Martin Grunin respectfully request that this Court discharge its Order to Show Cause issued on December 8, 2014

DATED:     December 11, 2014              ANDREW GORDON

*Appearance pro hac vice*

By: /s/ Andrew Gordon

　Andrew Gordon, Bar No. 6309109
　abg@gordonlawltd.com


By: /s/ Seth Weinstein

　Seth Weinstein, Bar No. 279625
　Sweinsteinlaw@gmail.com

Attorneys for Defendant
Martin Grunin