IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

  v.

MARTIN GRUNIN,

    Defendant.

No. C 14-02323 WHA

**ORDER GRANTING DEFENSE COUNSEL'S UNOPPOSED MOTION TO WITHDRAW**

Attorney's Andrew Gordon and Seth Weinstein filed a motion to withdraw. Defendant Martin Grunin stated he consented to the withdrawal and wished to proceed *pro se*. He provided an address in Brooklyn, New York (Dkt. No. 69-1). Accordingly, defense counsel's motion to withdraw is **GRANTED**. Defense counsel shall promptly provide a copy of this order to defendant.

Facebook's pending motion for default judgment is noticed for a hearing on January 8. The hearing is hereby continued to **JANUARY 8, 2015 AT 1:30 P.M.** Please promptly report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Mr. Grunin should appear *in person*.

**IT IS SO ORDERED.**

Dated: December 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE